MORRIS LEVETT, Appellant, *v.* KING BARTON, Respondent.

(Submitted June 4, 1873; decided June 10, 1873.)

*A. R. Dyett* for the appellant.

*John Fowler, Jr.*, for the respondent.

Agree to affirm. No opinion.
Judgment affirmed.

---

SILAS SHEARMAN, Respondent, *v.* THE WILLIAMSBURGH CITY
FIRE INSURANCE COMPANY, Appellant.

(Argued June 5, 1873; decided June 10, 1873.)

*A. P. Laning* for the appellant.

*John Ganson* for the respondent.

Agree to affirm on opinion in court below.
All concur.
Judgment affirmed.

---

ELIZA M. PENDLETON, Respondent, *v.* MARY E. HUGHES et al.,
Appellants.

(Submitted June 6, 1873; decided June 10, 1873.)

*H. Humphrey* for the appellants.

*J. Van Voorhis* for the respondent.

Agree to affirm on opinion in court below.
All concur.
Judgment affirmed.